IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHAUN HUDSON                                                                      PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:16CV236-NBB-JMV

HONG JIN (BEIJING) SPORTS GOODS CO., LTD.                    DEFENDANT

## ORDER

The court has received certain medical records pertaining to the plaintiff in response to a subpoena issued to Baptist Memorial Desoto, Southaven, MS by defendant Hong Jin (Beijing) Sports Goods Co., Ltd. Plaintiff's counsel is directed to review these documents, at the Clerk's Office, within ten (10) days of this order to determine if there are records not subject to the waiver of the medical privilege in this case. Plaintiff's counsel shall advise the court within fourteen (14) days of those records to which a privilege is claimed. If no objections are filed within fourteen (14) days, the records will be made available to the subpoenaing party. The subpoenaing party shall either retrieve the documents from the Clerk's Office or arrange for mailing at the party's expense by sending a label with $ 9.00 postage to the Clerk, 301 West Commerce St,. #13., Aberdeen, MS 39730.

If objections are filed, the undersigned will review in camera the documents to which a privilege is claimed for a determination of whether the documents are subject to release.

SO ORDERED, this 13th day of March, 2018.

/s/Jane M. Virden_____
UNITED STATES MAGISTRATE JUDGE